36508.   CENTRAL OF GEORGIA RAILWAY CO. *v.*
WILLIAMS *et al.*

NICHOLS, J.   The writ of error in the present case excepts to a
judgment of the trial court which overruled the defendant's
general demurrer to the plaintiffs' petition, sustained two
grounds of special demurrer to the plaintiffs' petition, and sus-
tained the plaintiffs' demurrer to the defendant's answer.   In
this judgment the plaintiff was given time to amend to meet
the defendant's special demurrers.   No further judgment ap-
pears to have been rendered by the trial court.   *Held:*
The judgment complained of is not such a judgment as is sub-
ject to review, and this court is without jurisdiction of the writ
of error.   *Norton* v. *Hamilton,* 92 *Ga. App.* 2 (87 S. E. 2d
442) ; *Myers* v. *Grant,* 212 *Ga.* 182 (91 S. E. 2d 335) ; *Jacoby*
v. *Jacoby,* 212 *Ga.* 295 (92 S. E. 2d 7).
*Writ of error dismissed.   Felton, C. J., and Quillian, J., concur.*

DECIDED JANUARY 22, 1957—REHEARING DENIED
FEBRUARY 4, 1957.

*Price, Spivey & Carlton,* for plaintiff in error.
*Cohen Anderson,* contra.